**Phillip M. PRIDGEN, Plaintiff–Appellant,**

v.

**DEPARTMENT OF PUBLIC WORKS, BUREAU OF HIGHWAYS; Edward C. Adams, Jr., Department of Public Works/Bureau of Highways; Robert Burgess, Department of Public Works/Bureau of Highways; Tom Shumaker, Department of Public Works/Bureau of Highways; Rick Richards, Department of Public Works/Bureau of Highways; George Gay, Department of Public Works/Bureau of Highways; Theresa S. Hill, Baltimore County Human Resources; Randy Shifflett; James T. Smith, County Executive, Department of Public Works/Bureau of Highways, Defendants—Appellees.**

No. 09–2385.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2010.

Decided: Nov. 15, 2010.

Phillip M. Pridgen, Appellant Pro Se. Jeffrey Grant Cook, Baltimore County Office of Law, Towson, Maryland, for Appellees.

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip M. Pridgen appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pridgen v. Dep't of Pub. Works,* No. 1:08–cv–02826–WDO, 2009 WL 4726619 (D.Md. Dec. 1, 2009). We deny Pridgen's motion for appointment of counsel as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*